JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORIA RANDOLPH JACKSON,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>            Respondent. | NO. CV 14-8484-JFW (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Denying Motion For Lack Of Jurisdiction,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 5, 2014.

                                                                    JOHN F. WALTER
                                                      UNITED STATES DISTRICT JUDGE